UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS TRIGGS, #224109,

      Plaintiff,

vs.

Case No. 11-12625
HON. GEORGE CARAM STEEH

ROBERT WILSON,

      Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the Order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant and against plaintiff.

SO ORDERED.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              BY: s/Marcia Beauchemin
                                   DEPUTY COURT CLERK

Dated: March 1, 2012r