UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS TRIGGS, #224109,

      Plaintiff,

                                                  Case No. 11-12625

vs.                                        HON. GEORGE CARAM STEEH

ROBERT WILSON,

      Defendant.
_____/

## JUDGMENT

      The above entitled matter has come before the court, and in accordance with the Order entered on this date;

      IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant and against plaintiff.

      SO ORDERED.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  BY: s/Marcia Beauchemin
                                                      DEPUTY COURT CLERK

Dated: March 1, 2012r